PEOPLE ex rel. BRANDOW PRINTING CO. v. McDONOUGH, Secretary of State, et al. (Supreme Court, Appellate Division, Third Department. May 6, 1903.) Proceeding by the people of the state of New York, on the relation of the Brandow Printing Company, against John T. McDonough, as Secretary of State, and others. No opinion. Writ of certiorari dismissed, with $10 costs and disbursements to the Albany Evening Union Company.

PEOPLE ex rel. BRENNAN, Respondent, v. SCANNELL, Fire Com'r, Appellant. (Supreme Court, Appellate Division, Second Department. April 24, 1903.) Proceeding by the people of the state of New York, on the relation of James Brennan, against John J. Scannell, as fire commissioner of the city of New York. No opinion. Appeal dismissed on consent, with costs.

PEOPLE ex rel. BURNS v. PARTRIDGE, Police Com'r, Respondent. (Supreme Court, Appellate Division, Second Department. March 13, 1903.) Proceeding by the people of the state of New York, on the relation of Edward J. Burns, against John Partridge, as police commissioner of the city of New York, etc. No opinion. Order reversed, with $10 costs and disbursements, on the authority of Matter of Sugden (March 6, 1903), 66 N. E. 655.

PEOPLE ex rel. CARROLL, Respondent, v. SCANNELL, Fire Com'r, Appellant. (Supreme Court, Appellate Division, Second Department. March 20, 1903.) Proceeding by the people of the state of New York, on the relation of Charles J. Carroll, against John J. Scannell, as fire commissioner, etc. No opinion. Final order and judgment affirmed, with costs, on the authority of People ex rel. Gleason v. Scannell, 172 N. Y. 316, 65 N. E. 165.

PEOPLE ex rel. CHIRURG, Appellant, v. CALDER, Respondent. (Supreme Court, Appellate Division, Second Department. May 1, 1903.) Proceeding by the people of the state of New York, on the relation of Isidore S. Chirurg, against William M. Calder, as superintendent, etc. No opinion. Motion to amend order, so as to show that the affirmance herein was upon questions of law only, granted.

PEOPLE ex rel. FOSTER v. YORK et al. (Supreme Court, Appellate Division, First Department. April 24, 1903.) Proceeding by the people of the state of New York, on the relation of Henry Foster, against Bernard J. York and others. No opinion. Motion granted, with $10 costs.

PEOPLE ex rel. FRANK, Respondent, v. DAVIS et al., Appellants. PEOPLE ex rel. CLARK, Respondent, v. KEEPER OF NEW YORK STATE REFORMATORY FOR WOMEN AT BEDFORD et al., Appellants. PEOPLE ex rel. SMITH v. SAME. (Supreme Court, Appellate Division, Second Department. March 20, 1903.) Separate proceedings by the people of the state of New York, on the relation of Rosie Frank against Katherine Bement Davis, superintendent, etc., and Leroy B. Crane, city magistrate; on the relation of May Clark against the keeper of the State Reformatory for Women at Bedford, N. Y., and Leroy B. Crane, city magistrate; and on the relation of Mamie Smith against the keeper of the State Reformatory for Women at Bedford, N. Y., and Joseph Pool, city magistrate. No opinion. Motion denied. See People v. N. Y. C. Protectory, 106 N. Y. 604, 614, 13 N. E. 435, and cases there cited.

PEOPLE ex rel. GEBHARDT et al., Appellants, v. PARTRIDGE, Police Com'r, Respondent. (Supreme Court, Appellate Division, First Department. April 24, 1903.) Proceedings by the people of the state of New York on the relation of Adolph Gebhardt and others, against John N. Partridge, police commissioner. W. B. Dobb, for appellant. T. Farley, for respondent. No opinion. Judgment and order affirmed, with costs.

PEOPLE ex rel. GILLEN, Respondent, v. PARTRIDGE, Police Com'r, Appellant. PEOPLE ex rel. O'BRIEN v. SAME. (Supreme Court, Appellate Division, Second Department. April 24, 1903.) Separate proceedings by the people of the state of New York, on the relation of James H. Gillen and of John O'Brien, against John N. Partridge, police commissioner of the city of New York. No opinion. Interlocutory judgments overruling demurrers to alternative writs of mandamus affirmed, with costs, upon the authority of Sugden v. Partridge, 174 N. Y. 87, 66 N. E. 655.

PEOPLE ex rel. HITCHINGS v. VAN DE CARR. (Supreme Court, Appellate Division, First Department. April 24, 1903.) Proceeding by the people of the state of New York, on the relation of Samuel G. Hitchings, against John E. Van De Carr. No opinion. Motion granted.

PEOPLE ex rel. KAY, Appellant, v. SWANSTROM, Respondent. PEOPLE ex rel. DUBEY v. SAME. (Supreme Court, Appellate Division, Second Department. April 24, 1903.) Separate proceedings by the people of the state of New York, on the relation of Joseph W. Kay and of Edward A. Dubey, against J. Edward Swanstrom, as president, etc. No opinion. Application denied, on the ground that the relief asked for is unnecessary.